PEOPLE v. BOORSMA

Appeal from Kent, John H. Vander Wal, J. Sub-
mitted Division 3 April 9, 1969, at Grand Rapids.
(Docket No. 5,382.)   Decided April 22, 1969.

John Harold Boorsma was convicted, on his plea
of guilty, of uttering and publishing a forged instru-
ment. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A.
Derengoski,* Solicitor General, *James K. Miller,*
Prosecuting Attorney, and *Donald E. Zerial* and
*Robert J. Stephan,* Assistant Prosecuting Attorneys,
for the people.

*William J. Heyns,* for defendant on appeal.

BEFORE: QUINN, P. J., and HOLBROOK and T. M.
BURNS, JJ.

PER CURIAM. By his plea of guilty, defendant was
convicted of uttering and publishing a forged check,*
and he was sentenced. His motion to set aside the
plea and for a new trial was denied. His appeal
contends, as did his motion just referred to, that the
trial court failed to comply with GCR 1963, 785.3(2).
   In support of this contention, defendant relies on
*People* v. *Atkins* (1966), 2 Mich App 199, *People* v.

---

* CL 1948, § 750.249 (Stat Ann 1962 Rev § 28.446).

*Curtis Lee Williams* (1966), 2 Mich App 232, *People*
v. *Johnson* (1966), 2 Mich App 182, and *People* v.
*Smith* (1966), 5 Mich App 139. These cases are no
longer controlling precedent. See *People* v. *Hobdy*
(1968), 380 Mich 686, *People* v. *Dunn* (1968), 380
Mich 693, *People* v. *Stearns* (1968), 380 Mich 704,
and *People* v. *Winegar* (1968), 380 Mich 719.

A review of the arraignment and sentencing tran-
scripts reveals no error under the standards an-
nounced in the cases last cited.

Affirmed.